AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
OCT 15 2015
Clerk U.S. District Court
Greensboro, NC
By_____

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 15mJ299
The premises located at 701 East Sunrise Avenue, )
Thomasville, North Carolina 27360 )
 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Middle_____ District of _____North CArolina_____
*(identify the person or describe the property to be searched and give its location)*:

The premises located at 701 East Sunrise Avenue, Thomasville, North Carolina 27360, more particularly described in Attachment A, attached hereto and made a part hereof.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crime of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), all of which are more particularly described in Attachment B, attached hereto and made a part hereof.

**YOU ARE COMMANDED** to execute this warrant on or before _____10/14/15_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joe L. Webster_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/30/15 9:20AM   *[signature]*
*Judge's signature*

City and state: Durham, North Carolina   Joe L. Webster, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 15mj299 | Date and time warrant executed: 10/02/2015 6:49AM | Copy of warrant and inventory left with: DEBORAH JONES |
| Inventory made in the presence of: DONNA HENCH | | |

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597, RECEIPT FOR PROPERTY.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/2015

*Executing officer's signature*

TARA S CATALDO, SPECIAL AGENT
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 305A-CE-6624214

On (date) 10/02/2015  8:02 AM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) DEBORAH JONES
(Street Address) 701 E SUNRISE AVE
(City) THOMASVILLE NC 27360

Description of Item(s):

1. LG CELL PHONE
2. WESTERN DIGITAL HARD DRIVE WD BLUE SN: WMC3F2521658

Nothing follows

Received By: Tara Catalal (Signature)
Received From: Deborah A Jones (Signature)