IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF A WARRANT TO :
SEARCH THE PREMISES LOCATED AT : 1:15MJ299
701 EAST SUNRISE AVENUE, :
THOMASVILLE, NORTH CAROLINA 27360 :
:

ORDER

The government having moved that the search warrant materials filed in this case be unsealed and the court being apprised of the reasons therefor, **IT IS HEREBY ORDERED** that the search warrant affidavit and the government's supplement to the motion to seal shall be unsealed.

_____
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE

Date: March 14, 2016